# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TIMOTHY E. TRACY,**

        **Plaintiff,**

-vs-                                          Case No.  6:12-cv-994-Orl-31KRS

**AMERICAN HERITAGE LIFE INSURANCE COMPANY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    MOTION TO DISMISS (Doc. No. 8)
>
> **FILED:**      August 17, 2012
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.  At this early stage of the proceedings, the Plaintiff's allegations are sufficient to avoid dismissal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 13, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party